# AFFIDAVIT

This affidavit is presented in conjunction with a Criminal Complaint filed against Derrick Hartfield on SEPTEMBER 21, 2021.

I, Shervonne S. Gallow, Deputy U.S. Marshal, attest that on August 26, 2021, Derrick HARTFIELD, DOB 06/21/1967, who was remanded to the custody of the Attorney General after being sentenced on January 08, 2017, to 27 months imprisonment, did knowingly fail to return within the time prescribed to an institution or facility designated by the Attorney General, all in violation of Title 18, United States Code, Section 4082.

On August 26, HARTFIELD was officially placed on escape status by the Bureau of Prisons.

On August 26, USMS- W/LA was officially notified by the Bureau of Prisons via form BP-A0393, Notice of Escaped Federal Prisoner.

The affidavit is submitted in conjunction with a request that a warrant be issued for the arrest of Derrick HARTFIELD.

Shervonne S. Gallow

Deputy U. S. Marshal

Attest:

James D. Cain

United States District Judge